#11089708  
$1,088.08  
4/19/10

UNITED STATES BANKRUPTCY COURT  
WESTERN DISTRICT OF NEW YORK

IN RE:
      UNCLAIMED FUNDS

  The funds belonging to the estates of the debtors named on the attached list having

been disbursed in accordance with applicable orders entered in the said cases, and it

  APPEARING that more than ninety (90) days have elapsed since the final notices

For the said cases, it is

    Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 1088.08 IN 2 CHECKS  
 CHECK # 15018 for $ 924.23  
 CHECK # 15019 for $ 163.85  
Representing unclaimed funds.

DATED: 4-15-2010

                      /S/ ALBERT MOGAVERO

                      ALBERT J. MOGAVERO  
                      TRUSTEE



FILED APR 19 2010 — BANKRUPTCY COURT BUFFALO, N.Y.

| Check Number | Debtor Last Name | Debtor Bk Case # | Amount of Check | Name of Creditor Check Issued To | Creditor Address 1 | Creditor Address 2 | City and State of Creditor | | Zip Code |
|---|---|---|---|---|---|---|---|---|---|
| 870690 | TYLER | 0704685 | 5.01 | CHAPTER 7 TRUSTEE | C/O CHAPTER 7 TRUSTEE – THOMAS DOREY | | UNKNOWN | NY | 14202 |
| 875696 | INGERSON | 0812929 | 5.00 | CHAPTER 7 TRUSTEE | C/O CHAPTER 7 TRUSTEE – THOMAS GAFFNEY | | BUFFALO | NY | 14202 |
| 875697 | D'ANGELO | 0813263 | 5.00 | CHAPTER 7 TRUSTEE/0813263 | C/O TRUSTEE –THOMAS GAFFNEY | | UNKNOWN | NY | 14202 |
| 875266 | RIVAS | 0515578 | 749.60 | MBNA | BANK OF AMERICA | POB 26012 NC4-105-03-14 | GREENSBORO | NC | 27499 |
| 875172 | GIAMBRONE | 0417416 | 4.49 | VERIZON | PO BOX 3037 | BANKRUPTCY DEPT. | BLOOMINGTON | IL | 61702 |
| 875676 | LANG | 0516767 | 137.45 | VERIZON | PO BOX 3037 | BANKRUPTCY DEPT. | BLOOMINGTON | IL | 61702 |
| 875678 | BEY | 0591181 | 17.68 | VERIZON | PO BOX 3037 | BANKRUPTCY DEPT. | BLOOMINGTON | IL | 61702 |
| 875727 | WOOMER | 0418720 | 48.70 | MARILYN A WOOMER | 376 BENNETT STREET | | N. TONAWANDA | NY | 14120 |
| 875749 | BANKS | 0590421 | 95.15 | PHILIP A BANKS | 6447 PHILLIPS ROAD | | BURT | NY | 14028 |
| 875769 | CAUSYN | 0704387 | 5.00 | JAMES & TINA CAUSYN | 6596 WARBOYS ROAD | | BYRON | NY | 14422 |
| 875780 | GAST, JR. | 0813325 | 5.00 | PAUL GAST, JR. & CATHERINE GA | 75 MOSHER DRIVE | | TONAWANDA | NY | 14150 |
| 875783 | QUEEN | 0814415 | 5.00 | WILLIAM QUEEN | 966 HUNT ROAD | | LAKEWOOD | NY | 14750 |
| 875790 | COLBERT | 0910282 | 5.00 | DAYMOND & GWENDOLYN COLBE | 411 SPRINGVILLE AVENUE | | BUFFALO | NY | 14226 |

$1,088.08

Page 1 of 1